IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BARRY D. SMITH                                                                              PLAINTIFF

vs.                                  Civil No. 4:17-cv-04065

NANCY A. BERRYHILL                                                DEFENDANT
Acting Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 7th day of June 2018, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                                              /s/ Barry A. Bryant
                                                                              HON. BARRY A. BRYANT
                                                                              U. S. MAGISTRATE JUDGE